**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| RICHIE V. NYARKO, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) )   Case No. CIV-04-558-F ) |
| JO ANNE B. BARNHART,<br>Commissioner of the Social Security<br>Administration, | ) ) ) ) |
|     Defendant. | ) ) |

**O R D E R**

On April 11, 2005, United States Magistrate Judge Shon T. Erwin issued Findings & Recommendation of Magistrate Judge, wherein he recommended the final decision of the Commissioner of Social Security Administration be reversed and remanded for further administrative proceedings. Magistrate Judge Erwin advised the parties of their right to object to his findings and recommendation within twenty (20) days of the date of the filing thereof, in accordance with 28 U.S.C. § 636 and Local Court Rule 72.1(a).

To date, no objection has been filed and no request for extension of time to so object has been filed. With no objection being filed by either party, the court accepts and adopts the Findings & Recommendation of Magistrate Judge in all respects.

Accordingly, the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on April 11, 2005 (docket entry no. 19) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings

pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

ENTERED this 4th day of May, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-0558p002(pub).wpd